Justice Robinson, concurring.
 

 I concur in the judgment of the Court and in its opinion except for its statements to the effect that there must be finality of judgment in the earlier action for the doctrine of
 
 res judicata
 
 to apply. As I explained at some length in my recent dissenting opinion in the case of
 
 Nugent v. State of Rhode Island Public Defender's Office
 
 ,
 
 184 A.3d 703
 
 , 707-11,
 
 2018 WL 2708916
 
 , at *3-7 (R.I. 2018), there can be particular exceptional situations (as I believe were present in
 
 Nugent
 
 ) where
 
 res judicata
 
 is applicable even absent a final judgment on the merits in the earlier action. However, the instant case does not involve such an exceptional situation; and I submit this concurrence simply for the sake of clarity and personal consistency.